UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

DAN LEE,

    Plaintiff,

v.

UNITED STATES OF AMERICA,

    Defendant.

2:06-cv-0140-LDG-RJJ

**ORDER**

      On November 10, 2010, the United States of America filed a factual attack to subject matter jurisdiction pursuant to Fed. R. Civ. P. 12(b)(1) or, in the alternative, a motion for summary judgment (#163 and #164). On November 12, 2010, the court issued Klingele notices for each of the alternative motions (#165 and #166). As the United States indicated in its reply brief (#167), and up to this point, plaintiff has failed to file oppositions to either motion. Upon review of the motions, the court finds that they have merit. Plaintiff has not, and cannot, produce medical expert testimony as required by Nevada law to establish a case for medical malpractice, and the record reflects that the Veteran's Administration medical providers met the standard of care regarding plaintiff's claims in count 4. Accordingly, pursuant to LR 7-2 (d) (the failure of an opposing party to file points and authorities in response to any motion shall constitute a consent to the granting of the motion), and based on the authorities presented by the United States,

      THE COURT HEREBY ORDERS that the United States' motion to dismiss pursuant to Rule 12(b)(1) (#163) and motion for summary judgment (#164) are GRANTED.

      DATED this 29 day of March, 2011.

_____
Lloyd D. George
United States District Judge