# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| DAN LEE,<br><br>     Plaintiff,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>     Defendant. | 2:06-cv-0140-LDG-RJJ<br><br>**ORDER** |

The court having considered the issues in this case, and rendered its decisions thereon,

THE COURT HEREBY ORDERS that judgment is ENTERED in favor of defendants and against plaintiff Dan Lee.

DATED this 29 day of March, 2011.

_____
Lloyd D. George
United States District Judge